**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ABDUL HAKEEM AFIZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-741-AGF |
| | ) | |
| MICHAEL SHEWMAKER, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is Petitioner Abdul Hakeem Afiz's motion for voluntary dismissal in this action. ECF No. 4. Petitioner, who is currently incarcerated in Jefferson City Correctional Center, filed his petition for writ of habeas corpus on May 7, 2026. ECF No. 1. The case was transferred from the Western District of Missouri to this Court on May 13, 2026. ECF No. 3. In his motion for voluntary dismissal, Petitioner states he did not intend to file any legal matters before this Court and asks to stop any pending legal matters. ECF No. 4.

Fed. R. Civ. P. 41(a), the rule governing voluntary dismissals, applies to federal habeas proceedings. *See Williams v. Clarke,* 82 F.3d 270, 272–73 (8th Cir. 1996). Fed. R. Civ. P. 41(a)(2) permits the Court to issue an order dismissing an action at the request of a plaintiff or petitioner. "Rule 41(a)(2) is primarily intended to prevent a plaintiff from voluntarily dismissing a lawsuit when such a dismissal would 'unfairly affect' the defendant." *Beavers v. Bretherick,* 227 F. App'x 518, 520 (8th Cir. 2007) (internal quotation omitted). In this case, Petitioner is entitled to a voluntary dismissal of his habeas petition because there is no evidence that Respondent will suffer prejudice from the dismissal. Respondent has not yet been served or filed

an answer in this case. Therefore, the Court will allow Petitioner to voluntarily dismiss this action, without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for voluntarily dismissal, ECF No. 4, is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 5th day of June, 2026.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

2